UNITED STATES DISTRICT COURT FOR

THE SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

                    Plaintiff,

-against-

ZIHAO CHEN,

                    Defendant.

21 CR 592

**ORDER FOR ADMISSION**

**PRO HAC VICE**

---

    The motion of Robert J. Adinolfi, Esq. for admission to Practice Pro Hac Vice in the above caption action is granted.

    Applicant has declared that he is a member in good standing of the bar of the State of New York and that his contact information is as follows:

    Applicant's Name: ROBERT J. ADINOLFI, ESQ.
    Firm Name: The Kasen Law Firm.
    City/State/Zip: Flushing, NY 11354.
    Address: 136-33 37th Avenue, #9B,
    Telephone number (718) 337-8012.
    Facsimile (718) 709-8850

    Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant ZIHAO CHEN in the above entitled action.

**IT IS HEREBY ORDERED** that Applicant to admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules Governing the discipline of attorneys.

Dated: October 14, 2021

                                /s/ Laura Taylor Swain

                                LAURA TAYLOR SWAIN
                                CHIEF UNITED STATES DISTRICT JUDGE