```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
UNITED STATES OF AMERICA
                                   :   21-CR-00592

    -against-                      :   ORDER
                                   :
Zihao Chen
                                   :
Defendant
                                   :
----------------------------------X
```

Ronnie Abrams, United States District Judge:

It is hereby ORDERED that the defendant's bail conditions be modified to include travel to the District of New Jersey for work purposes.

Dated: October 11, 2023
New York, New York

SO ORDERED:

_____
Ronnie Abrams
United States District Judge