

# THE KASEN AND LIU LAW FIRM, PLLC
ATTORNEYS AT LAW

| | |
|---|---|
| LAWRENCE M. KASEN, Member*(retired) | * Admitted in NY and SC |
| FANG LIU, Member** | ** Admitted in NY and NJ |
| LOUIS HENRY KLEIN (Partner) *** | *** Admitted in NY and CT |
| ALEKSANDER B. MILCH (Partner)**** | **** Admitted in NY |
| ROBERT J. ADINOLFI (Partner) **** | |
| CHENCHEN YAN**** | |
| TAEGEUN KIM**** | |

May 2, 2024

BY E-FILING
The Honorable Sarah Netburn
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY

Re: US v. Zihao Chen; 1:21-cr-00592  motion for modification of order of detention.

May it please the Court:

I represent Mr. Zihao Chen in in the above referenced case. Consent has been obtained from pretrial services and the Government in this case for the modification of the terms of detention for Mr. Chen to attend international soccer games in NJ and Florida. Mr. Mr. Chen requests permission to go to the Meadowlands in Rutherford NJ for international soccer games on the following dates and times: 9pm-12am --6/25/24 9pm-12am --6/27/24, The second set of games are in Miami, FL 7/13/24-7/15/24. More particularly, Mr. Chen will arrive in Miami on 7/13/24 in the afternoon and return 7/15/24 in the morning.

Sincerely,

/s/ ROBERT J. ADINOLFI
ROBERT J. ADINOLFI,ESQ.

Application granted.

SO ORDERED.

_____
Ronnie Abrams. U.S.D.J.
May 3, 2024

cc:
Netburn_NYSDChambers@nysd.uscourts.gov
Dayshawn_Bostic@nyspt.uscourts.gov

136-33 37th Avenue, Suite 9B • Flushing • New York • 11354
Telephone:  (718) 337-8012 • Telecopy:  (718) 709-8850
E-mail:  contact@kasenlawfirm.com